ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE PEDRO ORTEGA,

                   Petitioner,

       v.

KRISTI NOEM, ET AL.,

                  Respondents.

CASE NO.  1:25-CV-01663-DJC-CKD

STIPULATION FOR EXTENSION OF TIME TO
FILE OPPOSITION TO MOTION FOR
TEMPORARY RESTRAINING ORDER;
ORDER

**STIPULATION**

      Respondents Kristi Noem, et al., by and through its counsel of record, and the Petitioner, by and through his counsel of record, hereby stipulate as follows:

      1.      On November 26, 2025, the Petitioner filed a Petition for Habeas Corpus relief pursuant to 28 U.S.C. § 2241 (ECF 1) and a Motion for Temporary Restraining Order (ECF 2).  On the same day, District Judge Daniel J. Calabretta issued an order to respond.  ECF 4.  The government's opposition is currently due December 1, 2025.  *Id.*

      2.      Counsel for Respondent respectfully requests additional time to prepare an appropriate response to Petitioner's 28 U.S.C. § 2241 petition and accompanying motion for temporary restraining order.  Respondent's counsel was only assigned to this matter on November 30, 2025, and has not yet had a meaningful opportunity to consult with the client, review the factual record, research the governing law, and draft a thorough opposition.  The intervening holiday period further delayed the

STIPULATION RE BRIEFING SCHEDULE

assignment and transition of the case, limiting counsel's ability to begin substantive work.  An extension of the briefing schedule is therefore necessary to ensure that Respondent's opposition is complete, accurate, and responsive to the issues raised.

3.    Petitioner does not oppose Respondent's request for an extension.  By stipulating to this extension, neither party concedes the urgency or merits of Petitioner's motion for temporary restraining order, and both reserve all arguments and defenses.

4.    Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule as follows:

a)    The Respondent's opposition to the Petitioner's temporary restraining order is to be filed on or before December 3, 2025;

b)    The Petitioner's reply to the Respondent's opposition to be filed on or before December 4, 2025.

IT IS SO STIPULATED.


Dated:  November 30, 2025                    ERIC GRANT
                                            United States Attorney

                                            /s/ Emily L. Robinson
                                            ANTONIO J. PATACA
                                            Assistant United States Attorney


Dated: November 30, 2025                    /s/ *Emily L. Robinson*
                                            EMILY L. ROBINSON
                                            Attorney for Petitioner
                                            Jose Pedro Ortega

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for a temporary restraining order:

a)     The Respondent's opposition to the Petitioner's motion for a temporary restraining order is now due on or before December 3, 2025;

b)     The Petitioner's reply to the Respondent's opposition, if any, is due on or before December 4, 2025.

IT IS SO FOUND AND ORDERED.

DATED:  December 1, 2025          /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE